In the Matter of the Judicial Settlement of the Account of Proceedings of SAUL J. BARON, as Temporary Administrator, etc., of ABRAHAM L. ERLANGER, Deceased,

Respondent; THE ANGLO CALIFORNIA NATIONAL BANK OF SAN FRANCISCO, Appellant.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and the amendments specified in the appellant's notice of appeal disallowed. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.